```
J. Toney
Attorney at Law
State Bar No. 43143

P.O. Box 1515
Woodland, California 95776
(530) 666-1908
yoloconflict@aol.com

Attorney for Duane Dixon
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | No. Cr 07-146 |
| | ) | Defendant's Waiver of |
| v. | ) | Presence |
| | ) | |
| DUANE DIXON, et al | ) | |
| | ) | |
| Defendants | ) | |
| _____ | ) | |

Pursuant to Fed. R. Crim. P. 43(c)(2), Duane Dixon hereby waives his right to be present in open court at the hearing of any pre-trial proceeding including trial setting, except for trial, entry of plea or sentencing.

Defendant agrees that his interest will be deemed represented by his attorney, the same as if he were personally present.

He acknowledges that he has been informed of his rights under 18 U.S.C 3161-3174 (Speedy Trial Act) and authorizes his attorney to set times and delays pursuant to it without his presence.

Dated September 16, 2009    /s/ Duane Dixon (original on file)

                                               DUANE DIXON

1

1
2  WAIVER APPROVED:
3
4  Dated September 22, 2009            /s/ John A. Mendez
5                                      U.S. District Judge

2