1   BENJAMIN WAGNER
    United States Attorney
2   LESLIE MONAHAN
    Special Assistant U.S. Attorney
3   501 I Street, Suite 10-100
    Sacramento, California 95814
4   Telephone: (916) 554-2798

5

6

7

8                IN THE UNITED STATES DISTRICT COURT FOR THE
                        EASTERN DISTRICT OF CALIFORNIA
9

10
    UNITED STATES OF AMERICA,      )   CR No. S 07-0146 JAM
11                                 )
               Plaintiff,          )
12                                 )
         v.                        )
13                                 )   AMENDED STIPULATION AND ORDER
                                   )   CONTINUING STATUS CONFERENCE AND
14  DUANE DIXON,                   )   EXCLUDING TIME
                                   )
15             Defendant.          )
    _____  )
16

17

18       IT IS HEREBY stipulated between the United States of America

19  through its undersigned counsel, Leslie Monahan, Special

20  Assistant United States Attorney, together with the defendant and

21  his counsel, J. Toney, that the status conference currently

22  scheduled for Tuesday, April 6, 2010, be vacated and a new status

23  conference be scheduled on Tuesday, May 4, 2010 at 9:30 a.m.

24       It is further stipulated and agreed between the parties that

25  the time under the Speedy Trial Act should be excluded from

26  today's date to, May 4, 2010, under Local Code T4, Title 18,

27  United States Code, Section 3161 (h)(8)(B)(iv), to give the

28  defendant time to consider a plea agreement and negotiate with

                                    1

1   the United States.

2

3   Dated: March 31, 2010                    Respectfully submitted,

4                                            BENJAMINE WAGNER
                                             U.S. Attorney

5                                            /s/ Leslie Monahan
                                             LESLIE MONAHAN
6                                            Special Assistant U.S.Attorney

7

8

9

10  Dated: March 31, 2010                    /s/ J. Toney
                                             J. TONEY
11                                           Attorney for DUANE DIXON

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                      2

1  BENJAMIN WAGNER
   United States Attorney
2  LESLIE MONAHAN
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2798

5

6

7            IN THE UNITED STATES DISTRICT COURT FOR THE

8                  EASTERN DISTRICT OF CALIFORNIA

9
   UNITED STATES OF AMERICA,    )  CR No. S 07-0146 JAM
10                              )
            Plaintiff,          )
11                             )
       v.                      )
12                             )              ORDER
                               )
13 DUANE DIXON,                )
                               )
14          Defendant.         )
                               )
15

16

17
      **IT IS HEREBY ORDERED:**     That the status conference set for
18
   April 6, 2010, is VACATED, and a new status conference date of
19
   May 4, 2010 at 9:30 a.m. is scheduled. It is further ORDERED that
20
   the time under the Speedy Trial Act between April 6, 2010, and
21
   May 4, 2010, is excluded under Local Code T4, Title 18, United
22
   States Code, Section 3161 (h)(8)(B)(iv), to give the defendant
23
   time to adequately prepare and in the interests of justice.
24

25
   Dated: April 2, 2010          /s/ John A. Mendez
26                               Honorable John A. Mendez

27

28

                                3