J. Toney
Attorney at Law
State Bar No. 43143

P.O. Box 1515
Woodland, California 95776
(530) 666-1908
yoloconflict@aol.com

Attorney for Duane Dixon

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Cr. S-07-146 JAM |
|---|---|
| Plaintiff, | ) Stipulation and order |
|  | ) continuing status conference |
| v. | ) (May 25, 2010 before Judge |
|  | ) Mendez) |
| DUANE DIXON, et al | ) |
| Defendants | ) |

This matter is currently set for Status on May 4, 2010. The Government has recently made a new plea offer in this case. Because the Defendant is housed in Oroville, CA, additional time is needed for defense counsel to confer with the Defendant. It is therefore stipulated between the parties that the status conference be continued to May 25, 2010 at 9:30 a.m. with time under the Speedy Trial Act  excluded for counsel preparation (local code T4), pursuant to U.S. Code Sec. 3161 (h)(7)(A) and (B).

Dated: May 2, 2010

   /S/ LESLIE MONAHAN                       /S/ J TONEY
     Leslie Monahan                           J Toney
Special Assistant U.S. Attorney       Attorney for Defendant

1

```
SO ORDERED:

Dated: May 3, 2010


/s/ John A. Mendez
 U.S. District Judge
```

2

SO ORDERED: