J. Toney  
Attorney at Law  
State Bar No. 43143  

P.O. Box 1515  
Woodland, California 95776  
(530) 666-1908  
yoloconflict@aol.com  

Attorney for DUANE DIXON  

IN THE UNITED STATES DISTRICT COURT  

FOR THE EASTERN DISTRICT OF CALIFORNIA  

| UNITED STATES OF AMERICA, | ) |
|---|---|
|  | ) Cr. No. 07-146 JAM |
| Plaintiff, | ) |
|  | ) STIPULATION AND ORDER |
| v. | ) CONTINUING STATUS |
|  | ) CONFERENCE. |
| DUANE DIXON, | ) (June 29, 2010 at 9:30AM |
|  | ) before Judge Mendez) |
|  | ) |
| Defendant, | ) |

This case is now set for status on May 25, 2010. The government has recently made a new plea offer in this case. Because the Defendant is housed in Oroville, CA, additional time is needed for defense counsel to confer with Defendant. It is therefore stipulated between the parties that the status conference be continued until June 29, 2010 at 9:30 a.m. It is further stipulate that time under the Speedy Trial Act, 18 USC Section 3161(h)(7)(A) & (B)(iv), should be excluded for counsel preparation, Local Code T4 until that date.

The parties respectfully request the Court so order.

Dated May 23, 2010

/S/LESLIE MONAHAN                    /S/ J TONEY  
Leslie Monahan                       J. Toney

1 | Assistant U.S. Attorney          Attorney for Defendant

4 SO ORDERED:

5 Dated _5/24/2010

/s/ John A. Mendez
U. S. District Judge