UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:07-cr-0146 JAM DAD P |
|---|---|
| Respondent, | |
| v. | ORDER |
| DUANE DEVERY DIXON, | |
| Movant. | |

On November 22, 2013, respondent filed a motion to dismiss in response to movant's motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255. Movant has not filed an opposition or otherwise responded to respondent's motion to dismiss. Local Rule 230(l) provides in part: "Failure of the responding party to file written opposition or to file a statement of no opposition may be deemed a waiver of any opposition to the granting of the motion . . . ."

Good cause appearing, IT IS HEREBY ORDERED that within twenty-one days of the date of service of this order movant shall file an opposition to respondent's motion to dismiss and show cause why respondent's motion to dismiss should not be granted. Respondent shall file a reply, if any, within thirty days of service of movant's opposition.

Dated: February 11, 2014

DAD:9

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE