1
2
3
4
5
6
7
8             UNITED STATES DISTRICT COURT

9         FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,              No.  2:07-cr-0146 JAM KJN P (TEMP)

12             Respondent,

13        v.                                FINDINGS & RECOMMENDATIONS

14  DUANE DEVERY DIXON,

15             Movant.

16

17        Movant is a federal prisoner, proceeding without counsel, with a motion to vacate, set

18  aside, or correct his sentence pursuant to 28 U.S.C. § 2255.  On November 22, 2013, respondent

19  filed a motion to dismiss movant's § 2255 motion.  Movant did not file an opposition to that

20  motion.  Accordingly, on February 12, 2014, this court issued an order advising movant that,

21  pursuant to Local Rule 230(l), his failure to file a written opposition to the motion to dismiss, or a

22  statement of no opposition, could be deemed a waiver of any opposition to the granting of the

23  motion.  (ECF No. 136.)  In that same order, movant was ordered to file an opposition to the

24  motion to dismiss within twenty-one days and show cause why the motion should not be granted.

25  (Id.)  Movant did not respond to the court's order.  On September 18, 2014, respondent filed a

26  "memorandum regarding order to show cause," requesting that this court deem movant's lack of

27  response to the order to show cause a waiver of opposition to the granting of the motion to

28  dismiss.  (ECF No. 137.)  Movant did not file a response to respondent's memorandum.

1    Local Rule 230(l) provides in part: "Failure of the responding party to file written

2  opposition or to file a statement of no opposition may be deemed a waiver of any opposition to

3  the granting of the motion . . . ."  Under the circumstances of this case, movant's failure to oppose

4  respondent's motion to dismiss should be deemed a waiver of opposition to the granting of that

5  motion.

6    Accordingly, IT IS HEREBY RECOMMENDED that:

7    1.  Respondent's November 22, 2013, motion to dismiss be granted;

8    2.  The motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. §  2255 be

9       dismissed; and

10   3.  The Clerk of Court be directed to close the companion civil case 2:13-cv-1572-JAM-

11      KJN.

12   These findings and recommendations are submitted to the United States District Judge

13  assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days

14  after being served with these findings and recommendations, any party may file written

15  objections with the court and serve a copy on all parties.  Such a document should be captioned

16  "Objections to Magistrate Judge's Findings and Recommendations."  Any response to the

17  objections shall be filed and served within fourteen days after service of the objections.  The

18  parties are advised that failure to file objections within the specified time may waive the right to

19  appeal the District Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

20  Dated:  November 23, 2015

21

22  KENDALL J. NEWMAN
    UNITED STATES MAGISTRATE JUDGE

23

Dixon146.dismiss
24

25

26

27

28

2